# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **JIMMY BULLOCK** | § | **PLAINTIFF** |
| | § | |
| **V.** | § | **Civil Action No. 1:04-CV-835LG-RHW** |
| | § | |
| **AIU INSURANCE COMPANY, ET AL.** | § | **DEFENDANTS** |

## JUDGMENT

This matter having come on to be heard on the Defendants' Motion for Summary Judgment and the Court, after a full review and consideration of the motion, response, reply, the pleadings on file, the summary judgment evidence, and the relevant legal authority, concludes that in accord with the Memorandum Opinion and Order entered herewith that Plaintiff's claims are time barred pursuant to MISS. CODE ANN. § 15-1-49.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the there exists no genuine issue as to any material fact and the Defendants are entitle to judgment as a matter of law pursuant to FED. R. CIV. P. 56. Plaintiff's claims are hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 27th day of April, 2006.

s/ *Louis Guirola, Jr.*
**LOUIS GUIROLA, JR.**
**UNITED STATES DISTRICT JUDGE**