IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JIMMY BULLOCK** | § | **PLAINTIFF** |
| | § | |
| v. | § | **CAUSE NO. 1:04CV835 LG-RHW** |
| | § | |
| **AIU INSURANCE CO., THE** | § | |
| **GOTTFRIED CORPORATION, and** | § | |
| **AIG CLAIM SERVICES, INC.** | § | **DEFENDANTS** |

## JUDGMENT

This matter having come on to be heard on the Motion [146] for Summary Judgment filed by Defendant The Gottfried Corporation, the Court, after a full review and consideration of the Motion, Response, the pleadings on file and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the Defendant, The Gottfried Corporation, pursuant to Fed. R. Civ. P. 56. The Plaintiff's claims are dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 22nd day of March, 2010.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE